■ DORIE GOLDSTEIN et al., Appellants, v OB-GYN ASSOCIATES, P. C., et al., Respondents.—Order, Supreme Court, New York County (Stanley Sklar, J.), entered December 12, 1989, which, *inter alia,* dismissed plaintiffs' causes of action for emotional injuries and loss of consortium, and allowed plaintiffs to serve an amended complaint asserting a claim for pecuniary damages only, unanimously affirmed, without costs.

*Howard v Lecher* (42 NY2d 109) bars plaintiff Dorie Goldstein's recovery of damages for mental anguish arising from her delivery of a child afflicted with Tay-Sachs disease. The only viable cause of action which may be stated is one for the recovery of pecuniary damages arising out of defendants' malpractice, if any. *(Becker v Schwartz,* 46 NY2d 401.) Concur—Sullivan, J. P., Rosenberger, Ross and Asch, JJ.